# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: KELLIE SCHURR DRAUGHN
WIFE OF/AND MICHAEL AARON
DRAUGHN APPLYING FOR
INTRAFAMILY ADOPTION

NO.   2022 CW 1332

**JANUARY 13, 2023**

---

In Re:   Richard Hursey, III, applying for supervisory writs,
City Court of East St. Tammany, Parish of St. Tammany,
No. 2022A3593.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.S̲a̲_
DEPUTY CLERK OF COURT
FOR THE COURT